**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSE ESPEJO HERNANDEZ, | No. 4:26-CV-01698 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| JOHN E. RIFE and CRAIG LOWE, | |
| Respondents. | |

**ORDER**

**JULY 22, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Espejo Hernandez's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2.  The Government **SHALL** either release Espejo Hernandez on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Espejo Hernandez with an individualized bond hearing at which he may present evidence on or before Wednesday, July 29, 2026;

3.  On or before Wednesday, August 12, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of

the reasons for such denial (beyond simply stating that Petitioner was

found to be a danger or flight risk); and

4.      The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge